IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID B. DECKARD                           )
                                           )
PLAINTIFF                                  )
                                           )
VS.                                        )        CASE NO. 4:12-CV-452JMM
                                           )
BOARD OF THE LITTLE ROCK SCHOOL            )        JUDGE JAMES M. MOODY
DISTRICT, a public body corporate; MORRIS  )
HOLMES, SUPERINTENDANT OF THE LITTLE       )        MAGISTRATE BETH DEERE
ROCK SCHOOL DISTRICT IN HIS OFFICIAL       )
CAPACITY; WAYNE ADAMS, DIRECTOR,           )
LRSD MAINTENANCE AND OPERATIONS, IN        )
HIS INDIVIDUAL AND OFFICIALCAPACTIES ;     )
DAVID HARTZ, ASSOCIATE                     )        **JURY TRIAL DEMANDED**
SUPERINTENDENT, HUMAN RESOURCES, IN        )
HIS OFFICIAL CAPACITY; ROBERT JONES,       )
DIRECTOR OF SECURITY FOR THE LRSD IN       )
HIS OFFICIAL AND INDIVIDUAL CAPACITY;      )
JAMES PRICE, ACTING ELECTRICAL             )
FOREMEN, LRSD, IN HIS INDIVIDUAL           )
CAPACITY                                   )

DEFENDANTS

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

Comes now David B. Deckard by and through his attorney Bridgette M. Frazier

for his Response to Defendants' Motion for Summary Judgment and states

below:

1.  Defendants seek summary judgment on each claim brought forth by the

    Plaintiff, Mr. Deckard.

2.  However, summary judgments should be sparingly used and then only in

    those rare instances where there is no dispute of fact and where there

exists only one conclusion. All the evidence must point one way and be
susceptible of no reasonable inferences sustaining the position of the
nonmoving party.'" *Davis v. Fleming Companies, Inc.,* 55 F.3d 1369, 1371
(8th Cir.1995)

3. Because there are sufficient facts to fully support some of Mr. Deckard's
   claims as well as disputes of material facts which go to each of Mr.
   Deckard's claims, the Defendants' Motion must be dismissed in its
   entirety.

4. In support of his position, Plaintiff submits an accompanying brief.

5. Mr. Deckard is not required to prove in his favor an issue of material fact
   – all that is required is that he points to sufficient evidence that an issue
   of material fact exists.  See *Hase v. Missouri Div. of Employment Security*,
   972 F. 2d 893 (8th Cir., 1992).  To this end, Mr. Deckard also submits the
   following Exhibits in support of this Motion and his Brief:

1. Exhibit A - Deposition of David Deckard, Vol. I &II as excerpted

2. Exhibit B - Deposition of Wayne Adams as excerpted

3. Exhibit C – Employee Evaluations of David Deckard

4. Exhibit D – David Deckard's Contract with the LRSD

5. Exhibit E – Records of Disability from Plaintiff's employee files

6. Exhibit F – LRSD Drug Testing Policy (excerpted)

7. Exhibit G – LRSD Employee Handbook (excerpted)

8. Exhibit H – Interrogatories Response from Wayne Adams

9. Exhibit I – Interrogatory Response from Morris Holmes

10. Exhibit J – Interrogatory Response from David Hartz

11. Exhibit K – Fact Sheet from National Multiple Sclerosis Society

12. Exhibit L – Grievance Request from David Deckard

13. Exhibit M - Email from Robert Jones to other Defendants dated 8/25/2011

14. Exhibit N - LRSD Organizational chart

15. Exhibit O – Doctor's Note dated 4/27/2011 allowing Mr. Deckard to return to work without restrictions

16. Exhibit P – Statements compiled by LRSD in support of their termination of David Deckard, Excerpted

17. Exhibit Q – Return to Work Certification dated 6/15/2010 for David Deckard

18. Exhibit R – Defendants' EEOC Position Statement dated 12/8/2011

19. Exhibit S – Defendants statements made during the LRSD termination hearing unofficial transcript provided with original source transferred to DVD.

20. Exhibit T – Email from Robert Robinson dated June 11, 2011.

21. Exhibit U – LRSD Exhibit List/Deckard Hearing

22. Exhibit V – Mr. Deckard's denial of unemployment benefits

Wherefore, as Defendants have failed to prove that there are no issues of material fact in the present case, their Motion for Summary Judgment must be denied as a matter of law.

3

Respectfully submitted,


/s/ Bridgette M. Frazier
Bridgette M. Frazier
Attorney at Law
Bar No. 99-036
1723 S. Broadway
Little Rock, AR 72206
501-374-3758 (tel.)
501-374-4187 (facsimile)
bmf@thefrazierlawfirm.com

### Certificate of Service


I, Bridgette M. Frazier hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participating counsel of record listed below:


Khayyam Eddings
Christopher Heller
Attorney for the Defendants
Friday, Eldridge and Clark
400 West Capitol Ave.
Suite 2000
Little Rock, AR 72201

on this the 28th day of August, 2013.

/s/ Bridgette M. Frazier